## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY L. COLTRANE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.: 1:20-cv-00022-RDM |
| | ) |
| **VINCENT WILKINS, JR., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS

Upon consideration of Plaintiff's Motion for Sanctions, filed July 30, 2021, any opposition thereto of Defendants, and the entire records of these proceedings:

IT IS HEREBY ORDERED that default judgment is entered against Defendants in the amount of _____; alternatively IT IS ORDERED that default judgment is entered that default judgment is entered against Defendants with damages to be determined at a hearing to be held on _____, 2021.

IT IS FURTHER ORDERED that Defendants shall pay attorney's fees as sanctions in the amount of $60,850, for the expense of preparing for and attending the court-ordered mediation, preparing for and attending hearings on the discovery dispute, responding to the second motion to dismiss and preparing and filing Plaintiff's Motion for Sanctions.

DATED: _____, 2021

_____
Hon. Randolph D. Moss
United States District Court Judge

To be served on the following parties:

<div style="display: flex;">
<div>

Vincent Wilkins, Jr.
1408 Canadian Geese Court
Upper Marlboro, MD, 20774

*Defendant*

Vincent Wilkins, Jr., & Associates
Attorneys at Law
1629 K St., N.W., Suite 300
Washington, DC 20006

*Defendant*

</div>
<div>

Bonnie Hochman Rothell
Jessica A. Rodriguez
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
bhrothell@mmmlaw.com
jrodriguez@mmmlaw.com

*Counsel for Plaintiff*
*Mary L. Coltrane*

</div>
</div>